F07-2861 amf 04-22-08

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee Of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2003-5, Under the Pooling and Servicing Agreement Dated as of April 1, 2003, Without Recourse<br><br>   Plaintiff<br><br>-vs-<br><br>James Dixon, et al.,<br><br>   Defendants | CASE NO.: 07-1773<br><br>JUDGE: Christopher A. Boyko<br><br>DISMISSAL JUDGMENT ENTRY |

On Plaintiff's motion and for good cause shown, the prior Judgment Entry for Money and Foreclosure entered herein August 20, 2007 is hereby vacated and set aside as the Plaintiff and Defendant have resolved this matter.

Further, Plaintiff's Complaint and this action are hereby dismissed without prejudice at Plaintiff's costs. The Clerk is herby ordered to distribute $500.00 to the Master Commissioner from the amount placed on deposit by Plaintiff. When the Court has distributed payment for the appraisals in accordance with section 6.3 of General Order 2006-16, the Clerk is hereby ordered to return the balance of the deposit to the Plaintiff.

*Christopher A Boyko*
JUDGE: CHRISTOPHER A. BOYKO

APPROVED:

/s/Richard J. Feuerman
CARLISLE, McNELLIE, RINI, KRAMER &
ULRICH
BY: RICHARD J. FEUERMAN (0070407)
Attorney for Plaintiff
rfeuerman@carlisle-law.com

FILED
APR 23 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND